Exhibit C



## Civil Docket Report

A $5 Convenience fee will be added to the transaction at checkout.

## Case Description

| | |
|---|---|
| Case ID: | 250703161 |
| Case Caption: | MARTIN ETAL VS AMAZON.COM SERVICES, LLC ETAL |
| Filing Date: | Tuesday , July 29th, 2025 |
| Court: | MAJOR JURY-COMPLEX |
| Location: | CITY HALL |
| Jury: | JURY |
| Case Type: | PRODUCT LIABILITY |
| Status: | WAITING TO LIST CASE MGMT CONF |

## Related Cases

No related cases were found.

## Case Event Schedule

No case events were found.

## Case motions

No case motions were found.

## Case Parties

| Seq # | Assoc | Expn Date | Type | Name |
|---|---|---|---|---|
| 1 | | | ATTORNEY FOR PLAINTIFF | BOYLAN, KEVIN CLANCY |
| **Address:** 2005 MARKET STREET SUITE 350 PHILADELPHIA PA 19103 (215)446-9795 cboylan@forthepeople.com | | | **Aliases:** none | |
| 2 | 1 | | ADMINISTRATOR - PLAINTIFF | MARTIN, HELEN |
| **Address:** 950 DIXON AVENUE CROYDON PA 19021 | | | **Aliases:** MARTIN CO- ADMIN- E/O LEX HEINISCH, HELEN | |
| 3 | 1 | | ADMINISTRATOR - PLAINTIFF | HEINISCH, LOUIS FAIRBURN |

| | | | | |
|---|---|---|---|---|
| **Address:** | 950 DIXON AVENUE CROYDON PA 19021 | **Aliases:** | FAIRBURN HEINISCH- CO-ADMIN- E/O LEX HEINISCH, LOUIS | |
| | | | | |
| 4 | | | DEFENDANT | AMAZON.COM SERVICES LLC |
| **Address:** | 410 TERRY AVENUE N. SEATTLE WA 98109 | **Aliases:** | none | |
| | | | | |
| 5 | | | DEFENDANT | GGI INTERNATIONAL INC |
| **Address:** | 1 PARAGON DRIVE MONTVALE NJ 07645 | **Aliases:** | none | |
| | | | | |
| 6 | | | TEAM LEADER | CARPENTER, LINDA |
| **Address:** | 294 CITY HALL PHILADELPHIA PA 19107 | **Aliases:** | none | |

## Docket Entries

| Filing Date/Time | Docket Type | Filing Party | Disposition Amount |
|---|---|---|---|
| 29-JUL-2025 10:59 AM | ACTIVE CASE | | |
| **Docket Entry:** | E-Filing Number: 2507064395 | | |
| | | | |
| 29-JUL-2025 10:59 AM | COMMENCEMENT CIVIL ACTION JURY | BOYLAN, KEVIN CLANCY | |
| **Documents:** | Click link(s) to preview/purchase the documents<br>Final Cover | | |
| **Docket Entry:** | none. | | |
| | | | |
| 29-JUL-2025 10:59 AM | COMPLAINT FILED NOTICE GIVEN | BOYLAN, KEVIN CLANCY | |
| **Documents:** | Click link(s) to preview/purchase the documents<br>Complaint- Helen Martin.pdf | | |
| **Docket Entry:** | COMPLAINT WITH NOTICE TO DEFEND WITHIN TWENTY (20) DAYS AFTER SERVICE IN ACCORDANCE WITH RULE 1018.1 FILED. | | |

| 29-JUL-2025 10:59 AM | JURY TRIAL PERFECTED | BOYLAN, KEVIN CLANCY | |
|---|---|---|---|
| **Docket Entry:** | 12 JURORS REQUESTED. | | |
| | | | |
| 29-JUL-2025 10:59 AM | WAITING TO LIST CASE MGMT CONF | BOYLAN, KEVIN CLANCY | |
| **Docket Entry:** | *none.* | | |
| | | | |
| 15-AUG-2025 02:47 PM | PRAECIPE-ATTACH VERIFICATION | BOYLAN, KEVIN CLANCY | |
| **Documents:** | Click link(s) to preview/purchase the documents [Prae to Sub Verif.pdf] | Click HERE to purchase all documents related to this one docket entry | |
| **Docket Entry:** | PRAECIPE TO SUBSTITUTE/ATTACH VERIFICATION FILED. (FILED ON BEHALF OF LOUIS FAIRBURN HEINISCH AND HELEN MARTIN) | | |

▶ Case Description  ▶ Related Cases  ▶ Event Schedule  ▶ Case Parties  ▶ Docket Entries

[E-Filing System]  [Search Home]