# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **HELEN MARTIN,** *et al.*, | : | CIVIL ACTION |
| *Plaintiffs*, | : | |
| | : | NO. 25-4915 |
| **v.** | : | |
| | : | |
| **AMAZON.COM SERVICES LLC** *et al.*, | : | |
| | : | |
| *Defendants*. | : | |

## ORDER

**AND NOW**, this 4th day of December 2025, upon consideration of Plaintiffs' *motion to remand*, (ECF 13), and Defendant Amazon.com Services, LLC's response in opposition, (ECF 14), it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, the motion for remand is **DENIED**.

.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*